**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**JONESBORO DIVISION**

**PATSY GROGAN and**
**BILL GROGAN**                                                                                   **PLAINTIFFS**

v.                         **CASE NO: 3:11CV00043 BSM**

**NOBEL BIOCARE USA, LLC;**
**NOBEL BIOCARE USA, INC., and**
**JOHN DOES 1-10**                                                                                **DEFENDANTS**

## ORDER OF DISMISSAL

Upon the parties' joint stipulation of dismissal pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) [Doc. No. 106], this case is dismissed with prejudice. Each party shall bear his/her and its own costs and attorneys' fees.

The court shall retain jurisdiction of this matter after its dismissal with prejudice for the sole purpose of enforcement of the terms of the settlement between the parties.

IT IS SO ORDERED this 7th day of September 2012.

_____
UNITED STATES DISTRICT JUDGE